## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| GRUVER, MICHAEL R. | § | Case No. 11-14119 |
| GRUVER, MARGARET J. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/26/2012 in Courtroom 250,
                      United States Courthouse
                      c/o Kane County Courthouse
                      100 S 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/20/2012                    By: Kenneth S. Gardner
                                                                              Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| GRUVER, MICHAEL R. | § | Case No. 11-14119 |
| GRUVER, MARGARET J. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 70,853.89 |
| and approved disbursements of | $ | 2,070.54 |
| leaving a balance on hand of[1] | $ | 68,783.35 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: JOSEPH R. VOILAND | $ 4,704.40 | $ 0.00 | $ 4,704.40 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 171.93 | $ 0.00 | $ 171.93 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 619.50 | $ 0.00 | $ 619.50 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 5,495.83 |
| Remaining Balance | $ | 63,287.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,766.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $ 9,495.29 | $ 0.00 | $ 9,495.29 |
| 3 | Chase Bank USA, N.A. | $ 9,090.49 | $ 0.00 | $ 9,090.49 |
| 2 | Chase Bnak, USA, N.A. | $ 3,411.03 | $ 0.00 | $ 3,411.03 |
| 4 | GE Capital Retail Bank | $ 2,006.65 | $ 0.00 | $ 2,006.65 |
| 5 | American Infosource LP agt asst accpt | $ 9,763.33 | $ 0.00 | $ 9,763.33 |

Total to be paid to timely general unsecured creditors    $    33,766.79
Remaining Balance    $    29,520.73

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 126.84 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus to be returned to the Debtor after payment of all claims and interest is $29,393.89.


*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                   Case No. 11-14119-MB
Michael R. Gruver                                        Chapter 7
Margaret J. Gruver
        Debtors                 CERTIFICATE OF NOTICE

District/off: 0752-1         User: corrinal            Page 1 of 2          Date Rcvd: Jun 21, 2012
                             Form ID: pdf006           Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2012.
db/jdb       +Michael R. Gruver,    Margaret J. Gruver,    1500 Riverwood Drive,    Algonquin, IL 60102-3711
17066381      CITI Bank NA,    PO Box 769006,   San Antonio, TX 78245-9006
17066382     +CITI Cards,    PO Box 6500,   Sioux Falls, SD 57117-6500
17066380     +Chase Bank USA,    PO Box 15298,   Wilmington, DE 19850-5298
17848436      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17066383      Citibank Client Services,    PO Box 769013,    San Antonio, TX 78245-9013
17066386      Hauselman, Rappin & Olswant, Ltd.,    39 S. LaSalle Ste, Ste 1105,    Chicago, IL 60603
17066387     +Home Depot/CITIBank,    PO Box 6497,   Sioux Falls, SD 57117-6497
17066388      Menards,    PO Box 15524,   Wilmington, DE 19850
17066389     +Midwest REO Group,    1255 Bond Street, Ste 111,    Naperville, IL 60563-2794

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18142875      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2012 02:43:12
               American InfoSource LP as agent for,    Asset Acceptance,
               as assignee of MENARDS - HSBC RETAIL SE,    PO Box 248838,    Oklahoma City, OK   73124-8838
18148587      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2012 03:03:04
               American InfoSource LP as agent for,    Asset Acceptance,    as assignee of MENARDS,
               PO Box 248838,    Oklahoma City, OK   73124-8838
17792546      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2012 03:13:06
               American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
17066378      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 22 2012 00:30:56     Asset Acceptance LLC,
               PO Box 2036,    Warrren, MI 48090-2036
17066379     +E-mail/Text: cms-bk@cms-collect.com Jun 22 2012 00:35:04     Capital Management Services, LP,
               726 Exchange Street, Ste 700,    Buffalo, NY 14210-1464
18111407      E-mail/PDF: rmscedi@recoverycorp.com Jun 22 2012 03:04:14     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17066385     +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2012 02:05:52     GE Money Bank/Lowes,
               PO Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18144006*     American InfoSource LP as agent for,    Asset Acceptance,
               as assignee of MENARDS - HSBC RETAIL SE,    PO Box 248838,    Oklahoma City, OK   73124-8838
18146805*     American InfoSource LP as agent for,    Asset Acceptance,
               as assignee of MENARDS - HSBC RETAIL SE,    PO Box 248838,    Oklahoma City, OK   73124-8838
18147656*     American InfoSource LP as agent for,    Asset Acceptance,
               as assignee of MENARDS - HSBC RETAIL SE,    PO Box 248838,    Oklahoma City, OK   73124-8838
17066384     ##CITImortgage,    PO Box 9438 Dept 0,    Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: corrinal              Page 2 of 2            Date Rcvd: Jun 21, 2012
                              Form ID: pdf006             Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2012 at the address(es) listed below:
              Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Trustee Joseph Voiland jrvoiland@sbcglobal.net
              Judith H Leesley    on behalf of Debtor Michael Gruver leesleylaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Rappin    on behalf of Creditor  CitiMortgage, Inc. dolswang@hrolaw.com,
               rarredondo@hrolaw.com
                                                                                             TOTAL: 5
```