UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
|---|---|---|
| | § | |
| GRUVER, MICHAEL R. | § | Case No. 11-14119 |
| GRUVER, MARGARET J. | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:


Total Expenses of Administration:


3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/JOSEPH R. VOILAND_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael & Margaret Gruver |  |  |  |
| MICHAEL R. GRUVER & MARGARET GRUVER |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AGT ASST AC | | | | | |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 3 | CHASE BANK USA, N.A. | | | | | |
| 2 | CHASE BNAK, USA, N.A. | | | | | |
| 4 | GE CAPITAL RETAIL BANK | | | | | |
| | AMERICAN INFOSOURCE LP AGT ASST AC | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE BNAK, USA, N.A. | | | | | |
| | GE CAPITAL RETAIL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-14119 RG Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | GRUVER, MICHAEL R. | Date Filed (f) or Converted (c): | 04/02/11 (f) |
| | GRUVER, MARGARET J. | 341(a) Meeting Date: | 06/06/11 |
| For Period Ending: | 10/07/12 | Claims Bar Date: | 12/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate | 162,000.00 | 0.00 | DA | 0.00 | FA |
| 2. checking acct. - Harris | 27.40 | 0.00 | DA | 0.00 | FA |
| 3. savings account - Citibank | 50.24 | 0.00 | DA | 0.00 | FA |
| 4. business savings Ing Direct | 210.52 | 0.00 | DA | 0.00 | FA |
| 5. personal savings - JP Morgan Chase | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. household goods | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 7. wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. accts. rec. | 3,446.00 | 0.00 | DA | 0.00 | FA |
| 9. 2001 Dodge Caravan | 1,650.00 | 0.00 | DA | 0.00 | FA |
| 10. 1997 Dodge Grand Caravan | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 11. Tools used for remodeling business | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 12. inheritance (Eleanor G. Ward) | Unknown | 198,084.00 | | 70,853.24 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.65 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $172,634.16 | $198,084.00 | | $70,853.89 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/15/12    Current Projected Date of Final Report (TFR): 06/15/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-14119 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | GRUVER, MICHAEL R. | Bank Name: | The Bank of New York Mellon |
|  | GRUVER, MARGARET J. | Account Number / CD #: | *******6665 Money Market Account |
| Taxpayer ID No: | *******8723 |  |  |
| For Period Ending: | 10/07/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/22/11 | 12 | Northwestern Mutual | insurance proceeds - Ward inheritance | 1129-000 | 20,853.24 |  | 20,853.24 |
|  |  |  | DEPOSIT CHECK #5620183 |  |  |  |  |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 |  | 20,853.26 |
| 09/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 20,828.26 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 |  | 20,828.43 |
| 10/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 41.37 | 20,787.06 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 |  | 20,787.23 |
| 11/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 45.56 | 20,741.67 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 |  | 20,741.84 |
| 12/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 42.61 | 20,699.23 |
| 01/04/12 | 001001 | Michael & Margaret Gruver | payment of wildcard exemption | 8100-002 |  | 1,916.00 | 18,783.23 |
|  |  | 1500 Riverwood Drive |  |  |  |  |  |
|  |  | Algonquin, IL 60102 |  |  |  |  |  |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 |  | 18,783.35 |
| 01/25/12 |  | Transfer to Acct #*******4737 | Bank Funds Transfer | 9999-000 |  | 18,783.35 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 20,853.89 | 20,853.89 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 18,783.35 |  |
| Subtotal | 20,853.89 | 2,070.54 |  |
| Less: Payments to Debtors |  | 1,916.00 |  |
| Net | 20,853.89 | 154.54 |  |

Page Subtotals    20,853.89    20,853.89

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 11-14119 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GRUVER, MICHAEL R. | | Bank Name: | Congressional Bank |
| | GRUVER, MARGARET J. | | Account Number / CD #: | *******4737 Checking Account |
| Taxpayer ID No: | *******8723 | | | |
| For Period Ending: | 10/07/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******6665 | Bank Funds Transfer | 9999-000 | 18,783.35 | | 18,783.35 |
| 02/02/12 | 12 | Eleanor G. Ward Estate | inheritance proceeds | 1129-000 | 50,000.00 | | 68,783.35 |
| 07/26/12 | 001001 | JOSEPH R. VOILAND | | 2100-000 | | 4,704.40 | 64,078.95 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 07/26/12 | 001002 | JOSEPH R. VOILAND | | 2200-000 | | 171.93 | 63,907.02 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 07/26/12 | 001003 | JOSEPH R. VOILAND | | 3110-000 | | 619.50 | 63,287.52 |
| | | 1625 Wing Road | | | | | |
| | | Yorkville, IL  60560 | | | | | |
| 07/26/12 | 001004 | American InfoSource LP as agent for | | | | 9,530.96 | 53,756.56 |
| | | Citibank N.A. | | | | | |
| | | PO Box 248840 | | | | | |
| | | Oklahoma City, OK  73124-8840 | | | | | |
| | | | Claim     9,495.29 | 7100-000 | | | |
| | | | Interest      35.67 | 7990-000 | | | |
| 07/26/12 | 001005 | Chase Bank USA, N.A. | | | | 9,124.64 | 44,631.92 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE  19850-5145 | | | | | |
| | | | Claim     9,090.49 | 7100-000 | | | |
| | | | Interest      34.15 | 7990-000 | | | |
| 07/26/12 | 001006 | Chase Bnak, USA, N.A. | | | | 3,423.84 | 41,208.08 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| | | | Claim     3,411.03 | 7100-000 | | | |
| | | | Interest      12.81 | 7990-000 | | | |
| 07/26/12 | 001007 | GE Capital Retail Bank | | | | 2,014.19 | 39,193.89 |
| | | | Page Subtotals | | 68,783.35 | 29,589.46 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-14119 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | GRUVER, MICHAEL R. | Bank Name: | Congressional Bank |
| | GRUVER, MARGARET J. | Account Number / CD #: | *******4737  Checking Account |
| Taxpayer ID No: | *******8723 | | |
| For Period Ending: | 10/07/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/26/12 | 001008 | c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 | Claim      2,006.65    7100-000<br>Interest         7.54    7990-000 | | 9,800.00 | 29,393.89 |
| | | American Infosource LP agt asst accpt<br>as assignee of Menards<br>POBox 248838<br>Oklahoma City, OK 73124-8838 | | | | |
| 07/26/12 | 001009 | MICHAEL R. GRUVER & MARGARET GRUVER<br>1500 RIVERWOOD DRIVE<br>ALGONQUIN, IL  60102 | Claim      9,763.33    7100-000<br>Interest        36.67    7990-000<br>                              8200-002 | | 29,393.89 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 68,783.35 | 68,783.35 | 0.00 |
| Less:  Bank Transfers/CD's | 18,783.35 | 0.00 | |
| Subtotal | 50,000.00 | 68,783.35 | |
| Less:  Payments to Debtors | | 29,393.89 | |
| Net | 50,000.00 | 39,389.46 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********6665 | 20,853.89 | 154.54 | 0.00 |
| Checking Account - ********4737 | 50,000.00 | 39,389.46 | 0.00 |
| | 70,853.89 | 39,544.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        39,193.89

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-14119 -RG |
| Case Name: | GRUVER, MICHAEL R. |
| | GRUVER, MARGARET J. |
| Taxpayer ID No: | *******8723 |
| For Period Ending: | 10/07/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4737  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account - ********6665

Checking Account - ********4737

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*